**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-27826-CIV-MARTINEZ**

CRISTIAN CAMILO
MAHECA LIBERATO,

Petitioner,

v.

WARDEN, KROME NORTH SERVICE
PROCESSING CENTER,

Respondent.
_________________________________/

**ORDER DENYING PETITION WITHOUT PREJUDICE**

**THIS CAUSE** comes before the Court on *pro se* Petitioner Cristian Camilo Maheca Liberato's Petition for Writ of Habeas Corpus under 28 U.S.C. Section 2241 (the "Petition"), [ECF No. 1]. Typically, the Court would order Respondent to show cause why the Petition should not be granted. *See* 28 U.S.C. § 2243. Here, however, Petitioner did not sign the Petition under penalty of perjury, swearing that his statements are true. (*See* Pet. 3). Thus, the Petition must be dismissed. *See* 28 U.S.C. § 2242 ("Application for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf."); *id.* § 2254, Rule 2(c)(5) ("The petition must . . . be signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner under 28 U.S.C. § 2242."); Fed. R. Civ. P. 11(a) ("Every pleading . . . must be signed by . . . a party personally if the party is unrepresented."); *Doherty v. Florida*, No. 23-CV-14382, 2023 WL 8470615, at *2 (S.D. Fla. Dec. 7, 2023) (dismissing *pro se* habeas petition, in the alternative, for failing to sign it). Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Petition for Writ of Habeas Corpus under 28 U.S.C. Section 2241, [ECF No. 1], is **DENIED WITHOUT PREJUDICE**.
2. The Clerk is **DIRECTED** to mail a copy of this Order to Petitioner.
3. This case is **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, this 13 day of November 2026.

_________________________________
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: Petitioner, *pro se*